UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.   3:18-cr-165-J-34MCR

HARLON DAVID PRATER

**UNITED STATES' NOTICE OF SUBMISSION
OF EVIDENTIARY ITEM FOR COURT REVIEW**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully notifies the Court of its submission of an evidentiary item to the Court for review prior to the sentencing hearing in this case on July 6, 2020. This item is a 64-page document containing some of the chat log files obtained from the cellular telephone used by the defendant. These chat logs are referenced in the presentence investigative report at paragraphs 24, 75 and 76, and the chat logs in their entirety were produced to defense counsel in discovery. The United States will offer this document, designated as "Govt. Ex. 1," into evidence during the sentencing hearing. The undersigned and defense counsel have discussed this item, and defense counsel has indicated that he has no objection to its admission into evidence at the sentencing hearing.

1

A courtesy copy of this document will be delivered to the Court under separate cover on June 29, 2020, with copies provided to defense counsel and United States Probation.

                          Respectfully submitted,

                          MARIA CHAPA LOPEZ
                          United States Attorney

BY:    */s/ Kelly S. Karase*
        KELLY S. KARASE
        Assistant United States Attorney
        USA No. 134
        300 North Hogan Street, Suite 700
        Jacksonville, Florida 32202-4270
        Telephone:  (904) 301-6300
        Facsimile:   (904) 301-6310
        E-Mail:       kelly.karase@usdoj.gov

U.S. v. HARLON DAVID PRATER                Case No. 3:18-cr-165-J-34MCR

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

  Maurice Grant II, Esq.

          */s/ Kelly S. Karase*
          KELLY S. KARASE
          Assistant United States Attorney

3